**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BREKENCUR RASHARD HOOD,

        Plaintiff,

v.                                                 Case No: 6:11-cv-1661-Orl-36TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**

This cause is before the Court on the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on July 31, 2012 (Doc. 27). Magistrate Judge Smith recommends granting the Motion to Remand Opposed by the Commissioner of Social Security (Doc. 17), reversing the Commissioner's decision, and remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for a reassessment of the evidence of Plaintiff's impairments. Doc. 27. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate that while it may reverse and remand the final decision before it, it cannot impose limits on the Administrative Law Judge's review following remand. Doc. 27, p. 4. After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 27) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Motion to Remand Opposed by the Commissioner of Social Security (Doc. 17) is **GRANTED**.

3) The final decision of the Commissioner is **REVERSED.** This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for a reassessment of the evidence of Plaintiff's impairments, without any mention of the relevant time period.

4) The Clerk is directed to enter a judgment in favor of Plaintiff and to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Thomas B. Smith