**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BREKENCUR RASHARD HOOD,

      Plaintiff,

v.                                                  Case No: 6:11-cv-1661-Orl-36TBS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

**<u>ORDER</u>**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on October 24, 2012 (Doc. 33). In the Report and Recommendation, Judge Smith recommends that the Court grant Plaintiff Brekencur Rashard Hood's ("Plaintiff") Unopposed Motion for Attorney Fees (Doc. 32), and authorize payment to Plaintiff's counsel if the Commissioner determines that Plaintiff does not owe a debt to the government. Doc. 33, p. 3. Neither party has objected to the Report and Recommendation and the time to do so has expired.

      The Court agrees with the Magistrate Judge that pursuant to the Equal Access to Justice Act ("EAJA"), Plaintiff is entitled to an award of fees in the amount of $4,874.89. *Id.* at 2; 28 U.S.C. § 2412(d). Also, if the Commissioner of Social Security determines that Plaintiff does not owe a debt to the government, payment is authorized to Plaintiff's counsel. *Id.* Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate

Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 33) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) Plaintiff's Unopposed Motion for Attorney Fees (Doc. 32) is **GRANTED**.

3) Attorneys' fees in the amount of **$4,874.89** shall be awarded for the work performed by Richard A. Culbertson pursuant to the Equal Access to Justice Act. The payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

4) The Clerk shall enter a Judgment As to Attorneys' Fees awarding attorneys' fees in the amount of **$4,874.89** under the Equal Access to Justice Act.

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2012.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Thomas B. Smith